Mark Bennett Weintraub, OSB #833438
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon  97401
(541) 465-6937 Telephone
mark_weintraub@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>THOMAS ROBERT LACOVARA,<br><br>                              Defendant | No. 6:16-cr-00393-AA<br><br>DEFENDANT'S MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL |

The defendant, Thomas Robert Lacovara, through counsel, Mark Bennett Weintraub, respectfully moves this Court for an order authorizing withdrawal of counsel and substitution of new appointed counsel from the Criminal Justice Act Panel based on the reasons set forth in the Ex Parte Declaration of Counsel filed simultaneously herewith.

RESPECTFULLY SUBMITTED:  January 20, 2017.

                              /s/ *Mark Bennett Weintraub*
                              Mark Bennett Weintraub
                              Assistant Federal Public Defender